1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL LEE SIMS, | ) Case No. CV 11-1978 RGK (JCG) |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| CDCR (LAC) LT. CAMPBELL, *et al.*, | ) |
| Defendants. | ) |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: July 10, 2012

_____

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE